# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MARCOS AREVALO, an individual, on behalf of himself and all others similarly situated, | **Case No.:  2:26-CV-01682 PA (SKx)** |
| Plaintiff, | **ORDER REMANDING CASE TO STATE COURT** |
| vs. | |
| OUTFRONT MEDIA LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive, | |
| Defendants. | |

CERTIFICATE OF SERVICE

## ORDER

THIS COURT, having read and considered the Joint Stipulation to Remand among and between plaintiff Marcos Arevalo and defendant Outfront Media LLC, and finding good cause therefore, orders as follows:

This action is remanded in its entirety to the Los Angeles County Superior Court, Case No. 25STCV38794 pursuant to the Parties' settlement.

All other dates and motions currently pending and/or scheduled in this action are vacated.

**IT IS SO ORDERED.**

Dated: May 26, 2026

By:  _____
**PERCY ANDERSON**
**UNITED STATES DISTRICT JUDGE**

CERTIFICATE OF SERVICE